_____

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARC ANDREW TAGER,<br><br>Defendant. | **ORDER OF DEFENDANT'S MOTION FOR EMERGENCY RELEASE ON CONDITIONS**<br><br>Case No.  2:18-cr-00097 DB<br>Case No. 2:18-cr-00125 DB<br><br>Honorable Dee Benson |

Based on the motion of the defendant, stipulation by the government and good cause shown:

It is hereby **ORDERED** that defendant Marc Andrew Tager be released from the Davis County Jail to the United States Marshal's and be transported to the federal courthouse – or released from the Davis County Jail – whichever release location is most consistent with the Covid – 19 restrictions placed on the United States Marshal's Office.

It is **ORDERED** that Mr. Tager report to the United States Office of Probation within 24 hours of his release.

It is **FURTHER ORDERED** that Mr. Tager adhere to the following conditions contained in the United States Probation Office's Order Setting Conditions of Release:

- 6(b)(i), (ii), and (iii): maintain residence with Steve and Printha Worthen.  The Worthen's address and phone numbers to be provided directly to probation.
- 6(d) – avoid contact

- 6(e) – report to PO, including financial reporting and any employment
- 6(f) – not possess a firearm
- 6(l) – surrender passport
- 6(m) – not obtain or apply for passport
- 6(o) – not act as fiduciary
- 6(r)(ii) – Home Detention
- 6(s),(t) – ankle monitoring
- 6(u) – submit to searches by PO, which includes searches of his financial accounts

Also included is a No Contact List, which Mr. Tager must adhere to.

DATED this 30th day of March, 2020.

BY THE COURT:

*/s/ Dee Benson*
_____
HONORABLE DEE BENSON
United States District Court Judge