SCOTT KEITH WILSON, Federal Public Defender (#7347)
ROBERT K. HUNT, Assistant Federal Public Defender (#5722)
**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060
Robert_Hunt@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MARC ANDREW TAGER,<br><br>Defendant. | **DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**<br><br>Case No. 2:18-cr-00097 DB<br>Case No. 2:18-cr-00125 DB<br><br>Honorable Dee Benson |
|---|---|

Comes now the defendant, Marc Andrew Tager, by and through his counsel, Robert K. Hunt, moves this court to modify the conditions of his pretrial release presently imposed on April 15, 2020, Doc. #226.

Due to the COVID-19 virus, Mr. Tager, when granted release, resided with a family friend. At this time, Mr. Tager would respectfully request of the court a change in residency at the Oceans Edge Estates, 32850 Millcreek Drive, #77, Fort Bragg CA 95437. Mr. Tager sought out employment and currently working at the Oceans Edge

Estates.    Mr. Tager is fully compliant with all his conditions of release, he is healthy and has not manifested any symptoms of the COVID-19 virus.

Mr. Tager has demonstrated his ability to be complicit with all court orders and abide by the usual conditions of release.

The defense has spoken to the United States Attorney, Jacob J. Strain in regards to all of the requests and he has no objections.

For these reasons, Mr. Tager moves to modify the requested conditions of his pretrial release as follows:

1. That his residence and employment be amended to Oceans Edge Estates, 32850 Millcreek Drive, #77, Fort Bragg, CA 95437.

2. In fact, for future purposes, Mr. Tager would ask that his conditions be amended to merely state that any move in residence by Mr. Tager be approved by Pretrial, so as to avoid this problem in the future if it should arise.

3. All other conditions remain the same.

Respectfully submitted dated this 17th day of November, 2020.

/ s / *Robert K. Hunt*
ROBERT K. HUNT
Assistant Federal Public Defender

2